UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KATIE WILDER | CIVIL ACTION NO. 16-0975 |
| VERSUS | JUDGE ROBERT G. JAMES |
| COOPER TIRE & RUBBER CO., ET AL. | MAG. JUDGE JOSEPH PEREZ-MONTES |

## RULING

Pending before the Court are Plaintiff Katie Wilder's Motions to Remand [Docs. No. 10 & 12] and Motions for Leave to Amend Complaint. [Docs. No. 14 & 21].

On January 20, 2017, Magistrate Judge Perez-Montes issued a Report and Recommendation [Doc. No. 26] recommending that Plaintiff's Motions to Remand be GRANTED, and that this matter be REMANDED to the Fourth Judicial District for the Parish of Ouachita for further proceedings. Further, Magistrate Judge Perez-Montes recommended that the (second) Motion for Leave to Amend Complaint [Doc. No. 21] should be GRANTED IN PART and DENIED IN PART. He recommends that the motion be GRANTED to the extent it seeks to substitute "Don T. Green" as a defendant in place of "Discount Tire," and DENIED in all other respects as MOOT. Finally, Magistrate Judge Perez-Montes recommended that the (first) Motion for Leave to Amend Complaint [Doc. No. 14] be DENIED AS MOOT.

On February 3, 2017, Defendant Cooper Tire & Rubber Co. ("Cooper Tire") filed objections to the Magistrate Judge's Report and Recommendation. [Doc. No. 27]. On February 28, 2017, Plaintiff filed a Response to Cooper Tire's objections. [Doc. No. 28].

On February 28, 2017, Cooper Tire filed a Notice of Death of Don Thomas Earl Green. [Doc. No. 29].

The Court finds that Magistrate Judge Perez-Montes correctly stated and applied the law. The Court ADOPTS the analysis contained in the Report and Recommendation. However, in light of the death of Don Thomas Earl Green, the Court GRANTS IN PART and DENIES IN PART Plaintiff's (second) Motion for Leave to Amend [Doc. No. 21]. Plaintiff is GRANTED leave to amend her complaint within thirty (30) days to substitute an appropriate party in place of Don Thomas Earl Green. The Motion is DENIED in all other respects as MOOT.

Further, the Court DEFERS ruling on Plaintiff's Motions to Remand [Docs. No. 10 & 12] and Plaintiff's (first) Motion for Leave to Amend the Complaint [Doc. No. 14] until Plaintiff has substituted the appropriate party for Don Thomas Earl Green or for thirty (30) days, whichever occurs first.

MONROE, LOUISIANA, this 6th day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE