UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KATIE WILDER | CIVIL ACTION NO. 16-0975 |
| VERSUS | JUDGE ROBERT G. JAMES |
| COOPER TIRE & RUBBER CO., ET AL. | MAG. JUDGE JOSEPH PEREZ-MONTES |

## JUDGMENT

For the reasons stated in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 26], to the extent adopted by this Court,

IT IS ORDERED that Plaintiff's (second) Motion for Leave to Amend Complaint [Doc. No. 21] is GRANTED IN PART and DENIED IN PART. Plaintiff is GRANTED leave to amend her complaint within thirty (30) days in order to substitute an appropriate party in place of Don Thomas Earl Green. The Motion is DENIED in all other respects as MOOT.

IT IS FURTHER ORDERED that the Court DEFERS ruling on Plaintiff's Motions to Remand [Docs. No. 10 & 12] and Plaintiff's (first) Motion for Leave to Amend the Complaint [Doc. No. 14] until Plaintiff has substituted the appropriate party for Don Thomas Earl Green or for thirty (30) days, whichever occurs first.

MONROE, LOUISIANA, this 6th day of March, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE